FOR THE NORTHERN DISTRICT OF TEXAS

FORT WORTH DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

NOV – 4 2025

CLERK, U.S. DISTRICT COURT
By _____
                    Deputy

FUYAN WANG,

     Petitioner,

v.

CONGHUA YAN,

     Defendants/Respondent.

)
)
)
)
)
)
)
)
)
)
)
)

Case No. [         ]

4:25-cv-1247-P

## INDEX OF STATE-COURT DOCUMENTS

1. Original Petition for Enforcement of Property Division by Contempt (filed Oct. 6, 2025) (Exhibit 1)

2. Return/Proof of Service/Citation issued to Conghua Yan (issued Oct. 6, 2025) (Exhibit 2)

3. Return/Proof of Service/Show Cause issued to Conghua Yan (issued Oct. 6, 2025) (Exhibit 3)

4. State Court Docket Sheet (printed Oct. 27, 2025) (Exhibit 4)

5. First Writ of Garnishment in prior case. (Exhibit 5)

6. Second Writ of Garnishment in prior case. (Exhibit 6)

Respectfully submitted,

*/s/ Conghua Yan*
Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com

# EXHIBIT 1

360-771183-25

324-771183-25

FILED
TARRANT COUNTY
7/24/2025 4:08 PM
THOMAS A. WILDER
DISTRICT CLERK

NO._____

| | | |
|---|---|---|
| IN THE MATTER OF<br>THE MARRIAGE OF | §<br>§<br>§ | IN THE DISTRICT COURT |
| CONGHUA YAN<br>AND<br>FUYAN WANG | §<br>§<br>§<br>§ | JUDICIAL DISTRICT |
| AND IN THE INTEREST OF<br>SHIMING YAN, A CHILD | §<br>§<br>§ | TARRANT COUNTY, TEXAS |

## PETITION FOR ENFORCEMENT OF PROPERTY DIVISION BY CONTEMPT

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, FUYAN WANG, Petitioner in the above-entitled and numbered cause and Movant herein, and files this *Petition for Enforcement of Property Division by Contempt*, and in support thereof, would respectfully show the Court the following:

1. *Discovery Level*

Discovery in this case is intended to be conducted under level 2 of rule 190 of the Texas Rules of Civil Procedure.

2. *Parties*

This Petition for Enforcement of Property Division is brought by FUYAN WANG, Movant. The last three numbers of Movant's driver's license number are xxx. The last three numbers of Movant's Social Security number are 562. Respondent is CONGHUA YAN. Process should be served at 601 N-Park Blvd, #1307, Grapevine, Texas 76051 or wherever he may be found.

3. *Order to Be Enforced*

On September 30, 2024, this Court signed the *Final Decree of Divorce.* The order states in relevant part as follows:

"...

*Division of Marital Estate*

***The Court finds that the following is a just and right division of the parties' marital estate,***

---

*having due regard for the rights of each party and the child of the marriage.*

  *Property to Respondent*

  *IT IS ORDERED AND DECREED that Respondent, FUY AN WANG, is awarded the following as her sole and separate property, and Petitioner, CONGHUA YAN, is divested of all right, title, interest, and claim in and to that property:*

  *R-9. A portion of Petitioner's retirement benefits in US Bank, and any successor Plan thereof, that portion being fifty percent (50%) of the total vested account balance as of the date this Final Decree of Divorce is signed, excluding of any outstanding loans, including any interest, dividends, gains, or losses on that amount arising since that date, and the division to be effectuated using a Qualified Domestic Relations Order signed by the Court on or after the date the Final Decree of Divorce is signed. Petitioner shall be 100 percent responsible for the cost of preparation of the Qualified Domestic Relations Order. Petitioner shall be responsible for 100 percent of any fees charged by the plan administrator for review of the Qualified Domestic Relations Order.*

  …

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Movant was the Respondent and Respondent was the Petitioner in the prior proceedings.

4. <u>*Violations*</u>

  Respondent has failed to comply with the order described and has violated the order described above as follows:

   1. CONGHUA YAN has failed to transfer the portion of the US BANK retirement benefits as awarded to Movant, FUYAN WANG in the Final Decree of Divorce. CONGHUA YAN has failed to comply with R-9 stated above by failing to provide FUYAN WANG 50% of the total vested account balance of his US BANK retirement benefits and therefore denying FUYAN WANG of her portion of community property as of the date of divorce as to retirement.

   2. Further, CONGHUA YAN has failed to be responsible for 100% of any fees charged by the plan administrator for review of the Qualified Domestic Relations Order in regard to the above award of property.

5.   ***Requested Relief***

Movant prays that the Court FIND that Respondent failed to comply with the court order take the necessary action to effectuate the agreement of the parties and the orders of this Court, and that Respondent's conduct has had the effect of depriving Movant of her court-awarded property and constitutes an act of bad faith in violation of the Court's orders.

This can help preserve credibility if you're also asking for contempt.

a.    Movant seeks an order directing Respondent to immediately process the disbursement of the retirement plan by a date certain.

Movant seeks an order directing Respondent to immediately provide the required information to complete the QDRO (see Exhibit A)

b.    Movant requests that Respondent be held in contempt, jailed, and fined for the violation alleged above, for a period of six months.

c.    Movant requests that after Respondent serves his sentence for criminal contempt, Respondent be confined in the county jail for a period not to exceed eighteen months (total for civil and criminal contempt) or until Respondent complies with the order of the Court, whichever occurs first.

6.   ***Clarification of Prior Order***

Movant requests that, if the Court finds that any part of the order sought to be enforced is not specific enough to be enforced by contempt, the Court enter a clarifying order restating the terms of the order, decree, or judgment in a manner specific enough to allow enforcement by contempt and specifying a reasonable time within which compliance will be required.

7.   ***Attorney's Fees***

It was necessary to secure the services of Cody W. Martin and Erika Patino,  licensed attorneys, to enforce and protect the rights of FUYAN WANG. Respondent should be ordered to pay reasonable attorney's fees, expenses, and costs, and a judgment should be rendered in favor of the attorney and against Respondent and be ordered paid directly to the undersigned attorney, who may enforce the judgment in the attorney's own name. Movant requests postjudgment interest as allowed by law.

8.   ***Prayer***

Movant prays that citation and notice issue as required by law, that the Court render an order directing Respondent to pay Movant the funds owed, that Respondent be held in contempt

and punished as requested, that the Court clarify any part of its prior order found not to be specific enough to be enforced by contempt, for attorney's fees, expenses, costs, and interest, and for all further relief authorized by law.

Respectfully submitted,

**CW MARTIN LAW OFFICE, PLLC**
233 N. Judkins St.
Fort Worth, Texas 76111
Tel: (817) 813-7777
Fax: (817) 479-9329

By: /s/ CW Martin /s/
CW Martin
State Bar No. 24078927
cmartin@cwmartinlaw.com
Attorney for Fuyan Wang

### Certificate of Conference

I, CW Martin, certify that I attempted to confer with Respondent, Arnold Yan, who is not represented by counsel, via email on July 11, 2025, regarding the relief requested in this motion. Additionally, prior to the filing of this motion, I made good faith attempts to resolve this matter through informal means, including requesting the information necessary to complete the QDRO and offering to cooperate in its preparation. Despite these efforts, Respondent has failed to provide the necessary information or engage in meaningful communication.

Because the parties were unable to reach an agreement, this matter is submitted to the Court for determination.

### Certificate of Service

I certify that a true copy of this Petition For Enforcement Of Property Division By

Contempt was served in accordance with Rule 21a of the *Texas Rules of Civil Procedure* on the following on July 24, 2025.

Arnold Yan by electronic filing manager.

*/s/Cody W Martin*
CODY W. MARTIN
Attorney for Petitioner

Return To: QDRO Resources, Inc.
4001 Airport Freeway, Suite 520
Bedford, TX 76021
Office 817-984-7585  Fax 817-984-7589
Lynsie@QDROResources.com

# QDRO FACT SHEET

**IMPORTANT: QDRO Resources, Inc. does not obtain the signatures of opposing attorneys or parties, nor do we submit to the Court or obtain the Judge's signature. That is the responsibility of the parties or their attorneys. Our only function is the preparation of the QDRO (or other division order) and submission of a certified copy of such to the Plan Administrator. We do not provide legal, tax or investment advice.**

This Fact Sheet is designed to be completed by an attorney or staff that understands the terminology of QDROs and Family Law, and the importance of accurate information. If this Fact Sheet is being completed by a client, the client should consult with his or her attorney prior to submitting the form to our office.

1.  **Plan Participant (Employee)**

    a.  Full Legal Name: _____

    b.  SS# (Must have complete #): _____

    c.  DOB: _____  Phone: _____

    d.  Last known address: _____

    e.  Attorney for Participant: _____

        Legal Assistant's Email: _____

    f.  Date of beginning of Plan participation: _____

    g.  Date of termination of Plan participation (if any): _____

    h.  Employee ID No. (if any): _____

    i.  Is the participant currently receiving retirement benefit payments from this Plan: _____

    j.  Employment status of participant (active, laid-off, terminated or retired): _____

    k.  Was the employee hourly or salaried or both: _____

2.  **Alternate Payee (Non-employee spouse)**

    a.  Full Legal Name: _____

    b.  SS# (Must have complete #): _____

    c.  DOB: _____  Phone: _____

    d.  Current address: _____

    e.  Attorney for Alternate Payee: _____

        Legal Assistant's email: _____

3.  **Facts**

    a.  Date of Marriage: _____  Date of Divorce: _____

    b.  Date of Division if different from Date of Divorce (must be contained in Decree):

        _____

        How is the plan to be divided pursuant to the Decree ($ amount or %)?

        To Alternate Payee: _____

    c.  Has the Court previously signed a QDRO in this case on this Plan: _____

4.    **The Plan**

    a.    Plan Sponsor (Employer): _____

    b.    <u>Exact</u> name of the Plan: _____

    c.    Name of Plan Administrator or HR contact: _____

    d.    Address of Plan Administrator: _____

    e.    Telephone number of Plan Administrator or HR contact: _____

5.    **Questions for Military Service Members only:**

    a.    Rank/rate & pay grade currently or at date of retirement: _____

    b.    Active Duty or Reserves: _____ Current status (active or retired):_____

        **If any reserve service, we need a copy of the Reserve Points Statement.**

    c.    Will former spouse be designated as the Survivor Benefit Plan beneficiary? _____

6.    **Unless each issue below is addressed in the Decree, please provide a response.**

    **For Defined Benefit Plans (Pensions with monthly annuity payments). Unless the Participant is currently receiving retirement benefit payments, the QDRO will be prepared as a "separate interest", if available, unless we are directly otherwise.:**

    a.    Are cost of living allowances (COLAs) included, if available?: _____

    b.    Are early retirement subsidies or supplements included, if available?: _____

    c.    Is a <u>pre-retirement</u> surviving spouse benefit included, if available?: _____

    **For Defined Contribution Plans (401k, 457b, 403b):**

    a.    Are gains and losses from the division date included?: _____

    b.    Are any loan balances to be first deducted from the account balance prior to calculating the awarded amount?: _____

    c.    If the Plan charges a processing fee, who will pay it?: Participant: ____% Alternate Payee: ____%

**WE MUST HAVE THE FOLLOWING FOR EVERY QDRO:**

1.    FEE OF $450.00 PER QDRO. Payment can be made by Zelle, check or with a card over the phone;

2.    NAMES, ADDRESSES, PHONE NUMBERS & BAR NUMBERS OF THE ATTORNEYS INVOLVED IN THE CASE THAT WILL BE APPROVING THE QDRO (ATTORNEY SIGNATURE PAGE OF DECREE IS SUFFICIENT);

3.    COPY OF FIRST PAGE OF DECREE AND PAGE(S) THAT DIVIDE(S) THE RETIREMENT PLAN(S) (SOME PLANS REQUIRE RECENTLY CERTIFIED COPIES OF DECREE. WE WILL ADVISE IF APPLICABLE). IF AMENDING A QDRO, A COPY OF THE PRIOR QDRO AND ANY PLAN REJECTION LETTER;

4.    IF AVAILABLE, COPY OF RECENT PLAN STATEMENT & SAMPLE QDRO FORMS.

Many Defined Contributions Plans now charge a fee to process a QDRO. Any fees charged by the Plan, or Court filing fees, are not included in the fees paid to us and must be paid by one or both parties.

IF QDRO PAPERWORK IS SENT TO US WITHOUT PAYMENT OF THE FEE, IT WILL BE KEPT FOR 60 DAYS, THEN SHREDDED. NO WORK IS DONE ON A FILE UNTIL THE FEE IS RECEIVED, EXCEPT FOR NOTIFICATION OF ADDITIONAL ITEMS OR INFO NEEDED.

OUR FEE INCLUDES ANY NEEDED AMENDMENTS TO GET PLAN APPROVAL. IN MOST CASES, WE WILL REQUIRE ADDITIONAL INFORMATION OR DIRECTION. IF REVISIONS NEED TO BE MADE, PLEASE CONTACT US AND WE WILL MAKE THE CHANGES AT NO ADDITIONAL FEE.

QDRO PREPARATION IS SUBJECT TO THOSE TERMS AND CONDITIONS CONTAINED IN THE "QDRO PREPARATION" DOCUMENT AVAILABLE ON OUR WEB SITE. THE COMPLETION AND RETURN OF THIS QDRO FACT SHEET INDICATES YOUR ACCEPTANCE OF THOSE TERMS AND CONDITIONS. IT IS ESSENTIAL THAT THE ATTORNEYS AND THE PARTIES CAREFULLY REVIEW THE QDRO TO ENSURE IT COMPLIES WITH THE INTENT OF THE PARTIES AND/OR THE COURT AND CONTAINS NO TYPOS.

# EXHIBIT 2

THE STATE OF TEXAS                                    **ORIGINAL**
DISTRICT COURT, TARRANT COUNTY

*CITATION*                          *Cause No. 360-771183-25*

IN THE MATTER OF THE MARRIAGE OF:

FUYAN WANG

VS.

CONGHUA YAN

FILED
TARRANT COUNTY
10/7/2025 12:36 PM
THOMAS A. WILDER
DISTRICT CLERK

TO: CONGHUA YAN

You said RESPONDENT are hereby commanded to appear by filing a written answer to the PETITION FOR ENFORCEMENT OF
PROPERTY DIVISION BY CONTEMPT at or before 10 o'clock A.M. of the Monday next after
the expiration of 20 days after the date of service hereof before the 360th District Court
in and for Tarrant County, Texas, at the Courthouse in the City of Fort Worth, Tarrant County, Texas said PETITIONER
being

FUYAN WANG

Filed in said Court on July 24th, 2025 Against
CONGHUA YAN

For suit, said suit being numbered 360-771183-25 the nature of which demand is as shown on said
PETITION FOR ENFORCEMENT OF PROPERTY DIVISION BY CONTEMPT  a copy of which accompanies this citation.

**CODY W MARTIN**
Attorney for FUYAN WANG Phone No. (817)813-7777
Address      5925 LOVELL AVE STE A FORT WORTH, TX 76107

_____ Thomas A. Wilder _____ , Clerk of the District Court of Tarrant County, Texas. Given under my hand and the seal
of said Court, at office in the City of Fort Worth, this 2nd day of October, 2025.

                              By _____                    Deputy
                                        KAREL JACKSON

NOTICE: You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 AM, on the Monday next following the expiration of
twenty days after you were served this citation and petition, a default judgment may be taken against you. In addition to filing a written answer with the clerk, you may be required to make initial disclosures
to the other parties of this suit. These disclosures generally must be made no later than 30 days after you file your answer with the clerk. Find out more at TexasLawHelp.org.

Thomas A. Wilder, Tarrant County District Clerk, 200 E WEATHERFORD, FORT WORTH TX 76196-0402

**OFFICER'S RETURN  *36077118325000013***

Received this Citation on the _____ day of _____, _____ at _____ o'clock ___M; and executed at
_____ within the county of _____, State of _____ at _____ o'clock ___M
on the _____ day of _____, _____ by delivering to the within named (Def.): _____
defendant(s), a true copy of this Citation together with the accompanying copy of  PETITION FOR ENFORCEMENT OF PROPERTY
DIVISION BY CONTEMPT, having first endorsed on same the date of delivery.


    Authorized Person/Constable/Sheriff: _____
    County of _____ State of_____ By _____ Deputy
Fees $_____  _____
State of _____ County of _____ (Must be verified if served outside the State of Texas)
Signed and sworn to by the said _____ before me this _____ day of _____, _____
to certify which witness my hand and seal of office
(Seal)                                    _____
                              County of _____, State of _____

## CAUSE NO. 360-771183-25

| | | |
|---|---|---|
| FUYAN WANG | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| CONGHUA YAN | § | |
| Defendant. | § | 360TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Oct 2, 2025, 10:56 am,**

**CITATION WITH ATTACHED COPY OF THE PETITION FOR ENFORCEMENT OF PROPERTY DIVISION BY CONTEMPT**

and was executed at **200 East Weatherford Street, Fort Worth, TX 76196** within the county of **Tarrant** at **08:43 AM** on **Mon, Oct 06 2025,** by delivering a true copy to the within named

**CONGHUA YAN**

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Dominic Martinez,** I am at least 18 years old, and my address is **1070 Grandys Lane 521, Lewisville, TX 75077,** and **United States of America.** I declare under penalty of perjury that the foregoing is true and correct.

Executed in **Tarrant** County, State of TX, on **October 06, 2025.**

_____

**Dominic Martinez**
**Certification Number: PSC-25894**
**Certification Expiration: 2/28/2027**

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 106543066
Filing Code Description: No Fee Documents
Filing Description: OFFICER'S RETURN
Status as of 10/8/2025 3:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erika Patino | | patinoerika80@gmail.com | 10/7/2025 12:36:05 PM | SENT |

# EXHIBIT 3

THE STATE OF TEXAS                                              ORIGINAL
DISTRICT COURT, TARRANT COUNTY

## *SHOW CAUSE*                                    *Cause No. 360-771183-25*

FUYAN WANG

VS.

CONGHUA YAN

FILED
TARRANT COUNTY
10/7/2025 12:36 PM
THOMAS A. WILDER
DISTRICT CLERK

TO: CONGHUA YAN

GREETINGS:

Whereas, FUYAN WANG filed a ORDER in the 360th District Court District Court of Tarrant County on the 30th day of September, 2025, in a suit numbered 360-771183-25 on the docket of said Court wherein

FUYAN WANG is Petitioner

and CONGHUA YAN is Respondent

as set forth in ORDER TO APPEAR

And whereas, the Hon. _____WILLIAM W HARRIS Presiding,_____ Judge of the 360th District Court of Tarrant County, Texas, endorsed on the said ORDER His fiat in words and figures as follows, to wit:

Therefore you, CONGHUA YAN are hereby ordered to appear before the said court at 09:00 o'clock AM. on the 10th day of November, 2025, in the 360th District Court of Tarrant County, Texas, to show cause why you should not be held in contempt as set forth in a copy of the Court's Order, attached hereto:

_____Thomas A. Wilder_____, Clerk of the District Court of Tarrant County, Texas. Issued under my hand and the seal of said Court, at office in the City of Fort Worth, this the 2nd day of October, 2025.

By _____ Deputy
KAREL JACKSON

NOTICE:   MARTIN, CODY W
          Attorney for: FUYAN WANG
          Address One: 5925 LOVELL AVE STE A
          Address Two:
          City, Phone: FORT WORTH    TX 76107-    (817) 813-7777

---

### OFFICER'S RETURN  *36077118325000015*

I hereby certify that this writ came to hand on the _____ day of _____, _____ at __ o'clock ___, and executed at _____ within the county of _____ at _____ o'clock _____ on the _____ day of _____, _____ by delivering to the within named _____ _____ each in person, a true copy of this Writ together with the date of delivery endorsed thereon.

Not EXECUTED for following reason: _____

Returned this _____ day of _____, _____

_____

Fee $_____        County of _____ State of_____
                    By _____ Deputy

(Must be verified if served outside the State of Texas)

State of _____ County of _____

Signed and sworn to by the said _____ before me this _____ day of _____, _____ to certify which witness my hand and seal of office

(Seal)
                    _____
                    County of _____, State of _____

## CAUSE NO. 360-771183-25

| | | |
|---|---|---|
| FUYAN WANG | § | IN THE COURT OF |
| | § | |
| Plaintiff, | § | |
| VS. | § | TARRANT COUNTY, TEXAS |
| | § | |
| CONGHUA YAN | § | |
| Defendant. | § | 360TH JUDICIAL DISTRICT |

### AFFIDAVIT OF SERVICE

"The following came to hand on **Oct 2, 2025, 10:56 am,**

#### SHOW CAUSE WITH ATTACHED COPY OF THE ORDER TO APPEAR

and was executed at **200 East Weatherford Street, Fort Worth, TX 76196** within the county of **Tarrant** at **08:43 AM** on **Mon, Oct 06 2025**, by delivering a true copy to the within named

#### CONGHUA YAN

in person, having first endorsed the date of delivery on same.

I am a person over eighteen (18) years of age and I am competent to make this affidavit. I am a resident of the State of Texas. I am familiar with the Texas Rules of Civil Procedure as they apply to service of Process. I am not a party to this suit nor related or affiliated with any herein, and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude. I have personal knowledge of the facts stated herein and they are true and correct."

My name is **Dominic Martinez**, I am at least 18 years old, and my address is **1070 Grandys Lane 521, Lewisville, TX 75077**, and **United States of America**. I declare under penalty of perjury that the foregoing is true and correct.

Executed in **DENTON** County, State of TX, on **October 06, 2025.**

Dominic Martinez
Certification Number: PSC-25894
Certification Expiration: 2/28/2027

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 106543066
Filing Code Description: No Fee Documents
Filing Description: OFFICER'S RETURN
Status as of 10/8/2025 3:06 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Erika Patino | | patinoerika80@gmail.com | 10/7/2025 12:36:05 PM | SENT |

# EXHIBIT 4

```
            TARRANT COUNTY DISTRICT CLERK'S OFFICE        Page:    1
                ALL TRANSACTIONS FOR A CASE              Date: 10/27/2025
                                                         Time: 16:02
-------------------------------------------------------------------------------
            Cause Number: 360-771183-25   Date Filed: 07/24/2025
       FUYAN WANG                      v    CONGHUA YAN
                                       s
       Cause of Action: SUIT TO ENFORCE-POST JUDGMENT
       Case Status....: PENDING, TRANSFERRED FROM ANOTHER DISTRICT COURT
-------------------------------------------------------------------------------
       Filemark   Description                                  Fee Total
       ------------------------------------------------------------------
1      07/24/2025 PETITION FOR ENFORCEMENT OF PROP DIV BY CONTEMPT  NUI   350.00
2      07/24/2025 PAYMENT RECEIVED trans #1                         Y     213.00
3      07/24/2025 PAYMENT PAID TO STATE trans #1                    Y     137.00
5      07/25/2025 TRANSFER COURT# 324 TO COURT# 360                         0.00
6      07/25/2025 TRANSFER CERTIFICATE (FROM 324 TO 360)            UI      0.00
7      07/25/2025 (ATT) DUPLICATE PET FOR ENF OF PROPERTY DIVISION  UI      0.00
       07/25/2025 BY CONTEMPT
8      08/12/2025 ORDER OF RECUSAL (SIGNED 8-12-25)                 UIM     0.00
9      08/26/2025 TX 8TH ADMIN JDCL RGN ORD OF ASSNMNT BY THE PRSDG UIM     0.00
       08/26/2025 JDG|(08/21/25)
10     08/26/2025 NOT OF FILING OF BUSINESS RECORDS AFFIDAVIT       UI      0.00
11     09/30/2025 ORDER TO APPEAR-(11-10-2025 @ 9:00AM)-SGND 09-30-2 UIM    0.00
       09/30/2025 5
12     09/30/2025 EMAILED TRANS # 11_CC ATTY(MARTIN & PATINO) AND   I       0.00
       09/30/2025 MAILED A COPY TO RESP (CY)
13     10/02/2025 Citation-ISSUED ON CONGHUA YAN-On 10/02/2025      NUI     8.00
14     10/02/2025 PAYMENT RECEIVED trans #13                        Y       8.00
15     10/02/2025 SHOW CAUSE-ISSUED ON CONGHUA YAN. H/R 11/10/2025  NUI     8.00
       10/02/2025 - 09:00-On 10/02/2025
16     10/02/2025 PAYMENT RECEIVED trans #15                        Y       8.00
17     10/07/2025 SHOW CAUSE RETURN - CY                            UI      0.00
18     10/07/2025 CITATION RETURN - CY                              UI      0.00
19     10/07/2025 Citation Tr# 13 RET EXEC(CONGHUA YAN) On 10/06/202 UI     0.00
       10/07/2025 5
20     10/07/2025 SHOW CAUSE Tr# 15 RET EXEC(CONGHUA YAN) On 10/06/2 UI     0.00
       10/07/2025 025
-------------------------------------------------------------------------------
Total Number Of Records Printed:    19
```

# EXHIBIT 5

ORIGINAL

Cause Number 325-707596-21

CONGHUA YAN

vs                     6·17 12:40P    325-707596-21

FUYAN WANG

FILED
IN THE DISTRICT COURT OF    TARRANT COUNTY
TARRANT COUNTY, TEXAS    6/21/2022 12:00 AM
                         THOMAS A. WILDER
                         DISTRICT CLERK

325th JUDICIAL DISTRICT

# W R I T   O F   G A R N I S H M E N T   B E F O R E   J U D G M E N T

THE STATE OF TEXAS
COUNTY OF TARRANT

To: US BANCORP Garnishee

B/S CT CORPORATION 1999 BRYAN ST  SUITE 900
DALLAS, TX 75201·

GREETINGS:

Whereas,  in  the  325th  District  Court  of  Tarrant  County,  Texas,  Cause  No.  325-707596-21  wherein
FUYAN WANG _____ is  the  Plaintiff  and
CONGHUA YAN _____ is  the  Defendant,  the
Plaintiff  claiming  indebtedness  against  the  said  CONGHUA YAN _____
_____  of  $25,000.00 _____ besides
interest and costs of suit, has applied for a writ of garnishment against you US BANCORP _____
_____  therefore,  you  are  hereby  commanded  to be  and  appear  before  said  Court
at Fort Worth, Texas in said County at 10:00 a.m. on the Monday next following the expiration of twenty days from the date
of  service  hereof,  then  and  there  to  answer  upon  oath  what,  if  anything,  you  are  indebted  to  the  said
CONGHUA YAN _____  and were  when  this  writ  was
served  upon  you,  and  what  effects,  if  any,  of  the  said  CONGHUA YAN _____
_____  you  have  in  your  possession,  and  had  when  this  writ  was  served,  and
what  other persons, if  any,  within  your knowledge  are indebted to the said  CONGHUA YAN _____
_____  or  have  effects  belonging  to him/it  in  their  possession. You  are
further  commanded  not  to  pay  to  defendant  any  debt  or  deliver  to  him  any  effects, up  to  the  amount  of
$25,000.00 _____  pending further order of this Court.

(See Attached Order granting Pre-Judgment Garnishment.)

HEREIN FAIL NOT, but make due answer as the law directs.

GIVEN UNDER MY HAND AND SEAL of office this day, June 16, 2022.

ATTEST:          Thomas A. Wilder
                 District Clerk
                 Tarrant County, Texas

                 By: _____
                 KAREL JACKSON, Deputy

A CERTIFIED COPY
ATTEST: 06/16/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ Karel Jackson

Your  money or property has been  frozen or seized ("garnished") because
FUYAN WANG
_____
(the "Garnishor") has filed a garnishment proceeding. That means they
are trying to get your money or property from
US BANCORP
_____
(the "Garnishee"), the company or person who has it, to pay a debt you owe. / Su
dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque
FUYAN WANG
_____
(el "Embargante") ha entablado ante tribunales un auto procesal de embargo con la
intencion de obtener su dinero o propiedad de
US BANCORP
_____
(el "Embargado"), que es la compania o persona fisica que los tiene, y como pago de
lo que usted le adeuda.  If you are an individual (not a company), your money or
property may be protected ("exempt") from garnishment under federal or state law.
Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few
days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that
notice carefully for more information on what property can be protected and how to
get your protected money or property back. You can ask the court to get your money or

property back by turning in ("filing") the "Protected Property Claim Form" that will
be sent with the Notice of Protected Property Rights. / Si usted es una persona
fisica (y no una compania), su dinero o propiedad pudieran estar protegidos ("eximidos")
de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales.  Bajo
la Norma de Derecho Procesal Civil Numero 679b, el Embargante debe enviarle en los
proximos dias una "Notificacion Sobre Derechos de Propiedad Protegida" aprobada por el
Tribunal Supremo de Justicia. Lea con cuidado esta notificacion para que obtenga mayor
informacion sobre que dinero y propiedades estan protegidos y como recuperarlos. Puede
solicitar que se le regresen sus propiedades y dinero que estan protegidos entregando
("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que
le sera enviado junto con la "Notificacion Sobre Derechos de Propiedad Protegida".
You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment
with the court because your money or property is exempt from garnishment. You can
also get your money back if you file a "replevy bond," which is cash or other security
in an amount set by the court. / Usted tambien pudiera presentar por escrito una
"peticion de disolucion" o "peticion de modificacion" de este auto procesal de embargo,
ya que su dinero y propiedad estan exentos de dicho embargo. Tambien puede recuperar su
dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantia
en efectivo o con fiador en una cantidad impuesta por el tribunal. You can find out more
about exemptions and the garnishment process by visiting
  www.texaslawhelp.org/exempt-property.  / Obtenga mayor informacion sobre las exenciones
y el proceso judicial de embargo, visitando el sitio
  www.texaslawhelp.org/exempt-property.  You are encouraged to get a lawyer to help you.
For information on free and low-cost legal services,  visit
  www.texascourts.gov/programs-services/legal-aid  or call the
legal aid offices that serve your area: Texas RioGrande Legal Aid at (888)988-9996,
Lone Star Legal Aid at (800)733-8394, and Legal Aid of Northwest Texas at (888)529-5277.
You can also call the State Bar of Texas at (800)252-9690. / Se le recomienda que consiga
a un abogado que le ayude.  Para informacion sobre como obtener servicios de asesoria
legal gratuitos o a un bajo costo,  visite el sitio
  www.texascourts.gov/programs-services/legal-aid  o llame a la oficina de asistencia
legal que presta servicios en su area: Texas RioGrande Legal Aid al (888)988-9996; Lone
Star Legal Aid al (800)733-8394; y Legal Aid of Northwest Texas at (888)529-5277.
Tambien puede llamar al Servicio de Informacion de Abogados en el Colegio de Abogados
de Texas al (800)252-9690."

O F F I C E R ' S  R E T U R N

Came to hand, this _16th_ day of _June_, _2022_
at _5:00_ o'clock _P_ .m. and executed the _17th_ day of _June_, _2022_
by delivering to the within named _US BANCORP B/S CT Corp_
in person, a true copy of this Writ of Garnishment Before Judgment.

Returned this _17th_ day of _June_, _2022_

Fee. $ _179.00_



_DSC 1942  EXP 4-30-24_
_Tarrant_ County, Texas

By _____ Deputy

Sheriff/Constable

A CERTIFIED COPY
ATTEST: 00/16/2022
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By: /s/ Karel Jackson

A CERTIFIED COPY
ATTEST: 06/22/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
By: /s/ LaToya Y Turner

*32570759621000103*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

**Automated Certificate of eService**
This automated certificate of service was created by the efiling system.
The filer served this document via email generated by the efiling system
on the date and to the persons listed below. The rules governing
certificates of service have not changed. Filers must still provide a
certificate of service that complies with all applicable rules.

Envelope ID: 65584521
Status as of 6/21/2022 7:36 AM CST

Associated Case Party: CONGHUAYAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Pigg | 24057009 | wapigg@pigglawfirm.com | 6/20/2022 11:12:24 AM | SENT |
| Anita K.Cutrer | | cutrer@familylawtex.com | 6/20/2022 11:12:24 AM | SENT |
| Jennie Mathis | | jennie@familylawtex.com | 6/20/2022 11:12:24 AM | SENT |

Associated Case Party: FUYANWANG

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie StarrBarrows | | lbarrows@barrowsfirm.com | 6/20/2022 11:12:24 AM | SENT |
| Samantha Ybarra | | samantha@barrowsfirm.com | 6/20/2022 11:12:24 AM | SENT |
| Bert Pigg | | WAPIGG@pigglawfirm.com | 6/20/2022 11:12:24 AM | SENT |
| Sara Brandt | | sara@barrowsfirm.com | 6/20/2022 11:12:24 AM | SENT |
| Daisy Morado | | Daisy@barrowsfirm.com | 6/20/2022 11:12:24 AM | SENT |

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Chris  Green | | cg64143@gmail.com | 6/20/2022 11:12:24 AM | SENT |



A CERTIFIED COPY
ATTEST: 06/29/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya Y Turner

# EXHIBIT 6

325-707596-21

ORIGINAL

Cause Number 325-707596-21

FILED
TARRANT COUNTY
7/18/2022 2:01 PM
THOMAS A. WILDER
DISTRICT CLERK

CONGHUA YAN

    vs

FUYAN WANG

IN THE DISTRICT COURT OF

TARRANT COUNTY, TEXAS

325th JUDICIAL DISTRICT

# W R I T   O F   G A R N I S H M E N T   B E F O R E   J U D G M E N T

THE STATE OF TEXAS
COUNTY OF TARRANT

To: US BANK Garnishee

    B/S CT CORPORATION 1999 BRYAN ST STE 900

    DALLAS, TX 75201·

GREETINGS:

Whereas, in the 325th District Court of Tarrant County, Texas, Cause No. 325-707596-21 wherein FUYAN WANG is the Plaintiff and CONGHUA YAN is the Defendant, the Plaintiff claiming indebtedness against the said CONGHUA YAN of $25,000.00 besides interest and costs of suit, has applied for a writ of garnishment against you US BANK therefore, you are hereby commanded to be and appear before said Court at Fort Worth, Texas in said County at 10:00 a.m. on the Monday next following the expiration of twenty days from the date of service hereof, then and there to answer upon oath what, if anything, you are indebted to the said CONGHUA YAN and were when this writ was served upon you, and what effects, if any, of the said CONGHUA YAN you have in your possession, and had when this writ was served, and what other persons, if any, within your knowledge are indebted to the said CONGHUA YAN or have effects belonging to him/it in their possession. You are further commanded not to pay to defendant any debt or deliver to him any effects, up to the amount of $25,000.00 pending further order of this Court.

(See Attached Order granting Pre-Judgment Garnishment.)

    HEREIN FAIL NOT, but make due answer as the law directs.

GIVEN UNDER MY HAND AND SEAL of office this day, July 14, 2022.

        ATTEST:    Thomas A. Wilder

                District Clerk

                Tarrant County, Texas

                By:

                VERONICA LUNA, Deputy

A CERTIFIED COPY
ATTEST: 05/31/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya Turner

Your money or property has been frozen or seized ("garnished") because FUYAN WANG

(the "Garnishor") has filed a garnishment proceeding. That means they are trying to get your money or property from US BANK

(the "Garnishee"), the company or person who has it, to pay a debt you owe. / Su dinero o propiedad le han sido inmovilizados o incautados ("embargados") porque FUYAN WANG

(el "Embargante") ha entablado ante tribunales un auto procesal de embargo con la intencion de obtener su dinero o propiedad de US BANK

(el "Embargado"), que es la compania o persona fisica que los tiene, y como pago de lo que usted le adeuda. **If you are an individual (not a company), your money or property may be protected ("exempt") from garnishment under federal or state law. Under Texas Rule of Civil Procedure 679b, the Garnishor must send you in the next few days a "Notice of Protected Property Rights" approved by the Supreme Court. Read that notice carefully for more information on what property can be protected and how to get your protected money or property back. You can ask the court to get your money or**

property back by turning in ("filing") the "Protected Property Claim Form" that will
be sent with the Notice of Protected Property Rights. / Si usted es una persona
fisica (y no una compania), su dinero o propiedad pudieran estar protegidos ("eximidos")
de ser embargados de acuerdo a lo dispuesto en las leyes federales o estatales. Bajo
la Norma de Derecho Procesal Civil Numero 679b, el Embargante debe enviarle en los
proximos dias una "Notificacion Sobre Derechos de Propiedad Protegida" aprobada por el
Tribunal Supremo de Justicia. Lea con cuidado esta notificacion para que obtenga mayor
informacion sobre que dinero y propiedades estan protegidos y como recuperarlos. Puede
solicitar que se le regresen sus propiedades y dinero que estan protegidos entregando
("presentando") ante el tribunal el "Formulario de Reclamo de Propiedad Protegida" que
le sera enviado junto con la "Notificacion Sobre Derechos de Propiedad Protegida".
You may also file a "motion to dissolve" or "motion to modify" this writ of garnishment
with the court because your money or property is exempt from garnishment. You can
also get your money back if you file a "replevy bond," which is cash or other security
in an amount set by the court. / Usted tambien pudiera presentar por escrito una
"peticion de disolucion" o "peticion de modificacion" de este auto procesal de embargo,
ya que su dinero y propiedad estan exentos de dicho embargo. Tambien puede recuperar su
dinero si presenta ante tribunales una "fianza reivindicatoria", la cual es una garantia
en efectivo o con fiador en una cantidad impuesta por el tribunal. You can find out more
about exemptions and the garnishment process by visiting
  www.texaslawhelp.org/exempt-property.  / Obtenga mayor informacion sobre las exenciones
y el proceso judicial de embargo, visitando el sitio
  www.texaslawhelp.org/exempt-property.  You are encouraged to get a lawyer to help you.
**For information on free and low-cost legal services,  visit**
  www.texascourts.gov/programs-services/legal-aid  or call the
legal aid offices that serve your area: Texas RioGrande Legal Aid at (888)988-9996,
Lone Star Legal Aid at (800)733-8394, and Legal Aid of Northwest Texas at (888)529-5277.
You can also call the State Bar of Texas at (800)252-9690. / Se le recomienda que consiga
a un abogado que le ayude.  **Para informacion sobre como obtener servicios de asesoria
legal gratuitos o a un bajo costo,  visite el sitio**
  www.texascourts.gov/programs-services/legal-aid  o llame a la oficina de asistencia
legal que presta servicios en su area: Texas RioGrande Legal Aid al (888)988-9996; Lone
Star Legal Aid al (800)733-8394; y Legal Aid of Northwest Texas al (888)529-5277.
Tambien puede llamar al Servicio de Informacion de Abogados en el Colegio de Abogados
de Texas al (800)252-9690."

<u>O F F I C E R ' S   R E T U R N</u>

Came to hand, this 14th day of July , 2022
at 11:00 o'clock P .m. and executed the 15th day of July , 2022
by delivering to the within named US Bank Garnishee B/S CT Corporation
in person, a true copy of this Writ of Garnishment Before Judgment.

Returned this 15th day of July , 2022
Fee, $ 75.00



PSC-18785 Exp 09/30/2022 Sheriff/Constable.
Tarrant County, Texas
By _____ Deputy

A CERTIFIED COPY
ATTEST: 05/06/2024
THOMAS A. WILDER
DISTRICT CLERK
TARRANT COUNTY, TEXAS
BY: /s/ LaToya T Turner

*3257075962100011 9*
SERVICE FEES NOT COLLECTED
BY TARRANT COUNTY DISTRICT CLERK
ORIGINAL

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST
Associated Case Party: CONGHUAYAN

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| William Pigg | 24057009 | wapigg@pigglawfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Anita K.Cutrer | | cutrer@familylawtex.com | 7/18/2022 2:01:48 PM | SENT |
| Jennie Mathis | | jennie@familylawtex.com | 7/18/2022 2:01:48 PM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST
Associated Case Party: FUYANWANG

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|--------------------|--------|
| Leslie StarrBarrows | | lbarrows@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Samantha Ybarra | | samantha@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Bert Pigg | | WAPIGG@pigglawfirm.com | 7/18/2022 2:01:48 PM | SENT |
| Sara Brandt | | sara@barrowsfirm.com | 7/18/2022 2:01:48 PM | SENT |



## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Envelope ID: 66414502
Status as of 7/18/2022 2:18 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|------|-----------|-------|-------------------|--------|
| Chris Green | | cg64143@gmail.com | 7/18/2022 2:01:48 PM | SENT |

