**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF TEXAS**

**FORT WORTH DIVISION**

| | |
|---|---|
| FUYAN WANG, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) Case No. 4:25-cv-01247-P |
| | ) |
| CONGHUA YAN, | ) |
| | ) |
|     Defendant/Respondent. | ) |
| | ) |

NOTICE OF APPEAL

Notice is hereby given that Defendant-Appellant Conghua Yan appeals to the United States Court of Appeals for the Fifth Circuit from the final order/judgment entered in this action on February 6, 2026 (ECF No. 11), and from all orders that merge into that judgment, including the Order entered February 9, 2026 denying Defendant's Motion to Alter or Amend Judgment (ECF No. 14) and Motion to Stay (ECF No. 15) (ECF No. 17). This Notice is filed pursuant to Fed. R. App. P. 3 and 4.

       Respectfully submitted,
Dated: February 9, 2026

*/s/ Conghua  Yan*
Conghua Yan
2140 E Southlake Blvd, Suite L-439
Southlake, Texas 76092
214-228-1886
arnold200@gmail.com

**CERTIFICATE OF SERVICE**

    I certify that on February 9, 2026, I served a true and correct copy of the foregoing document on all counsel of record via CM/ECF and/or by U.S. Mail, email, and/or certified mail (return receipt requested). I also filed the foregoing document with the United States District Court for the Northern District of Texas, Fort Worth Division, in the above-captioned removed action.

*/s/ Conghua Yan*
Conghua Yan
