UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FUYAN WANG,**

   Plaintiff,

v.                                        No. 4:25-cv-1247-P

**CONGHUA YAN,**

   Defendant.

## ORDER

In November 2025, *pro se* defendant Conghua Yan removed this civil action from state court and paid the $405 filing and administrative fees. On February 6, 2026, the Court adopted the findings, conclusions, and recommendation of the U.S. Magistrate Judge, and remanded this case to the 360th District Court, Tarrant County, Texas. *See* ECF Nos. 11, 12. On February 9, the Court denied Yan's post-judgment motions to alter the Court's judgment and stay the remand pending appeal. *See* ECF No. 17. Yan has since filed a notice of appeal of these orders and a motion for leave to proceed *in forma pauperis* (IFP) on appeal. *See* ECF Nos. 18, 19.

To proceed IFP on appeal, Yan must show that he is a pauper and that he will raise a nonfrivolous issue on appeal. *See Jackson v. Dallas Police Dep't*, 811 F.2d 260, 261 (5th Cir. 1986) (citations omitted). After reviewing Yan's motion, the Court concludes that he fails to demonstrate that he is a pauper. As previously noted, Yan had sufficient financial resources to pay the $405 filing and administrative fees to open this removed state-court action. Second, Yan does not attach an affidavit that elicits all of the information necessary for the Court to consider when assessing his pauper status, which is required. *See* FED. R. APP. P. 24(a)(1)(A)–(C). The IFP application that Yan references in his motion is insufficient. *See* ECF Nos. 19 at 2; 13-1; *see also* N.D. Tex. Misc. Order No. 15. Even if Yan can show that he is a pauper, he fails to otherwise demonstrate that his appeal will raise a nonfrivolous issue.

For these reasons, Yan's motion for leave to proceed IFP on appeal is **DENIED** without prejudice to his right to seek similar relief in the United States Court of Appeals for the Fifth Circuit. *See* ECF No. 19; *see also* FED. R. APP. P. 24(a)(5). The Court **DIRECTS** the clerk of Court to provide a copy of this order to the Fifth Circuit.

Yan's first IFP motion, which he filed before he filed the notice of appeal, is **DENIED** as moot. *See* ECF No. 13. Alternatively, to the extent Yan intends to seek leave to proceed IFP on appeal through that motion, the Court denies it for the same reasons stated herein.

**SO ORDERED** on this **11th day of February 2026.**

*/s/ Mark T. Pittman*
Mark T. Pittman
UNITED STATES DISTRICT JUDGE