UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**FUYAN WANG,**

   Plaintiff,

v.                      No. 4:25-cv-1247-P

**CONGHUA YAN,**

   Defendant.

## ORDER

Before the Court is Defendant's Amended Motion for Leave to Proceed In Forma Pauperis on Appeal. ECF No. 21. The Court hereby **ORDERS** that the Motion is **DENIED**.

While Defendant has amended some technical defects in his previous application, the remaining issues detailed by the Court in its order denying the application for IFP previously, ECF No. 20, remain hindrances to his application. Accordingly, the Motion is **DENIED**.

**SO ORDERED** on this **17th day of February 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE