# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

July 30, 2026

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 26-10118   Wang v. Yan
USDC No. 4:25-CV-1247

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nina M. Fernandez, Deputy Clerk
504-310-7630

Ms. Karen S. Mitchell
Mr. Conghua Yan