# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

July 30, 2026

Lyle W. Cayce
Clerk

No. 26-10118

---

FUYAN WANG,

*Plaintiff—Appellee*,

*versus*

CONGHUA YAN,

*Defendant—Appellant*.

---

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:25-CV-1247

---

ORDER:

Conghua Yan moves for leave to proceed in forma pauperis (IFP) in this appeal from the decision remanding, on abstention grounds, his removed contempt proceeding to state court.

A movant seeking IFP status must show both financial eligibility and a nonfrivolous issue for appeal. *See Carson v. Polley*, 689 F.2d 562, 586 (5th Cir. 1982). The movant need not be absolutely destitute to be financially eligible to proceed IFP; rather, the proper inquiry is whether he can afford the costs of litigation without undue hardship or deprivation of life's necessities. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339-40 (1948).

No. 26-10118

Yan has not established his financial eligibility for IFP status. *See Carson*, 689 F.2d at 586. His motion to proceed IFP on appeal is DENIED. IT IS FURTHER ORDERED that, within 30 days, Yan pay the full appellate filing fee. Failure to comply with this order will result in the dismissal of the appeal for want of prosecution.

_____

STUART KYLE DUNCAN
*United States Circuit Judge*

2